**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION**

**KENDRICK STORY**                                                                     **PLAINTIFF**
**ADC #109934**

**v.**                                        **Case No: 4:25-cv-00551-LPR**

**GARY MUSSELWHITE, et al.**                                          **DEFENDANTS**

**ORDER**

The Court has reviewed the Recommended Disposition (RD) submitted by United States Magistrate Judge Joe J. Volpe (Doc. 26) and the Plaintiff's Objections (Doc. 27).[1]  After a *de novo* review of the RD, along with careful consideration of the Objections and the entire case record, the Court hereby approves and adopts the RD in its entirety as this Court's findings and conclusions in all respects.

Accordingly, Defendants' Motion for Summary Judgment on the Issue of Exhaustion (Doc. 18) is GRANTED.  Plaintiff's claims are hereby DISMISSED without prejudice based on his failure to fully exhaust his administrative remedies.  Plaintiff's Motion for Summary Judgment (Doc. 21) is DENIED.  The Clerk is instructed to close this case.  The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Order or the accompanying Judgment would not be taken in good faith.

IT IS SO ORDERED this 30th day of March 2026.

_____
LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE

---

[1] After the RD was entered, Plaintiff filed a document intended as his Response to Defendants' Motion for Summary Judgment and Reply in Support of Plaintiff's Motion for Summary Judgment.  *See* Doc. 28.  The Court has considered this document as Plaintiff intended.  To the extent the document can be construed as objecting to the RD, the Court has also considered it as such.  Either way, the document does not change the Court's decision to adopt the RD in full.